Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68867.—Manca, Inc. v. United States, protest 63/13026 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the items of merchandise, designated on the invoice as "20 Micro Camera Attachments MAKAM," are not parts of microscopes but are, in fact, camera parts, the claim of the plaintiff was sustained.

No. 68868.—Manca, Inc. v. United States, protest 63/13029 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the items of merchandise, designated on the invoice as "50 Object Carriers HDIIM," are, in fact, specimen holders made of quartz, the claim of the plaintiff was sustained.

No. 68869.—G. & S. Mfg. Company v. United States, protest 62/14442 (San Francisco).

Opinion by OLIVER, C.J.   The protest was dismissed.   Abstract 54925 followed.

BEFORE THE SECOND DIVISION, NOVEMBER 5, 1964

No. 68870.—J. M. Altieri v. United States, protests 62/6581 and 62/18784 (San Juan).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of copper plates similar in all material respects to those the subject of Abstract 67410, the claim of the plaintiff was sustained.

No. 68871.—A. N. Deringer, Inc. v. United States, protests 62/9215, etc. (Ogdensburg).